**Order entered August 5, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00755-CR

**ANDREW ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F19-52721-R

## ORDER

Andrew Anderson filed a timely notice of appeal after the Texas Court of Criminal Appeals granted his request for an out of time appeal. Now before the Court is appellant's August 3, 2022 motion to transfer the record from appellate cause number 05-19-01492-CR. We **GRANT** the motion.

We **DIRECT** the Clerk to transfer a copy of the December 11, 2019 clerk's record and the January 10, 2020 four-volume reporter's record from appellate cause number 05-19-01492-CR to this appeal.

Appellant's brief is due on September 12, 2022.

/s/    ERIN A. NOWELL
       JUSTICE